IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00712-BNB

ANTHONY CHAVEZ,

     Plaintiff,

v.

JONATHON VALEZ, Deputy, and
SARGENT WALTER, Sheriff,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 6 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

     Plaintiff, Anthony Chavez, was incarcerated at the Denver County Jail when he initiated the instant action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

     On April 8, 2008, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence the instant action, granting the motion pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee, and requiring Mr. Chavez to pay the full amount of the $350.00 filing fee in installments. On April 18, 2008, the copy of the April 8 order mailed to Mr. Chavez was returned to the Court in an envelope marked "RTS," "Released," and "Return to Sender."

     On April 22, 2008, Magistrate Judge Boland mailed to Mr. Chavez at his last known address a minute order allowing him ten days in which to provide a current address pursuant to D.C.COLO.LCivR 10.1.M. The April 22 minute order warned Mr. Chavez that failure to provide the Court with his current address within the time allowed

would result in the dismissal of the instant action. Mr. Chavez has failed within the time allowed to respond to the April 22 minute order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to prosecute.

DATED at Denver, Colorado, this _15_ day of _____ May _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-00712-BNB

Anthony Chavez
Prisoner No. 1554579
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __5/10/08__

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk